PHILLIP A. TALBERT
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

**FILED**
Jun 27, 2024
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>             v.<br><br>MOHAMMAD AMR ALHASHEMI,<br>  aka Inseeno,<br>  aka Jacob Rothschild,<br>  aka Matte Flores,<br>  aka Bryan Patterson,<br>  aka Johnathan O'Bryan,<br>  aka Brian Mcallster,<br>  aka Jonathan Mcallster,<br>  aka Felix Kjellberg,<br>  aka Mike Patterson,<br>  aka Michael Patterson,<br>  aka Johnathan B.,<br>  aka Lynn Portmen,<br>  aka Michael Portmen,<br>  aka Ryan Patterson,<br>  aka Inseeno O'Mally,<br>  aka Megan Charolett,<br>  aka Megan P.,<br>  aka Michael Washburn,<br>  aka Chris K-Andesron,<br><br>                    Defendant. | CASE NO. 1:24-cr-00154-NODJ-BAM<br><br>18 U.S.C. § 371 – Conspiracy to Engage in Anonymous Telecommunications Harassment, to Engage in Repeated Harassing Communication, and to Transmit Threatening Communications; 47 U.S.C. § 223(a)(1)(E) – Engaging in Repeated Harassing Communication; 47 U.S.C. § 223(a)(1)(C) – Engaging in Anonymous Harassing Communication; 18 U.S.C. § 875(c) – Transmitting Threatening Communications (3 Counts);  18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c) – Criminal Forfeiture |

I N D I C T M E N T

INDICTMENT

COUNT ONE:  [18 U.S.C. § 371 – Conspiracy to Engage in Anonymous Telecommunications Harassment, to Engage in Repeated Harassing Communication, and to Transmit Threatening Communications]

The Grand Jury charges:

MOHAMMAD AMR ALHASHEMI,
aka Inseeno,
aka Jacob Rothschild,
aka Matte Flores,
aka Bryan Patterson,
aka Johnathan O'Bryan,
aka Brian Mcallster,
aka Jonathan Mcallster,
aka Felix Kjellberg,
aka Mike Patterson,
aka Michael Patterson,
aka Johnathan B.,
aka Lynn Portmen,
aka Michael Portmen,
aka Ryan Patterson,
aka Inseeno O'Mally,
aka Megan Charolett,
aka Megan P.,
aka Michael Washburn,
aka Chris K-Andesron,

defendant herein as follows:

### I. INTRODUCTION

At all times relevant to the Indictment:

1. ALHASHEMI resided in Albania.

### II. THE CONSPIRACY AND ITS OBJECTS

2. Beginning at a time unknown, but no later than on or about May 1, 2020, and continuing through on or about February 24, 2022, in the County of Fresno, State and Eastern District of California, County of Bernalillo, State and District of New Mexico, and elsewhere, did knowingly conspire and agree with one or more other persons to commit an offense against the United States, that is: utilizing a telecommunication device, regardless of whether conversation and communication ensued, without disclosing their identity and with intent to harass a specific person, *i.e.*, attendees of targeted Zoom meeting, in violation of Title 47, United States Code, Section 223(a)(1)(C); engaging in repeated harassing communication, in violation of Title 47, United States Code, Section 223(a)(1)(E); and

transmitting threatening communications, in violation of Title 18, United States Code, Section 875(c).

### III.  MANNER AND MEANS OF THE CONSPIRACY

The manner and means by which the conspiracy was sought to be accomplished included, among others, the following:

3.  ALHASHEMI and others coordinated joining local government and religious worship meetings held in the United States during the COVID-19 pandemic via the Zoom platform for the purpose of annoying and harassing meeting participants by engaging in Zoom bombs, also known as Zoom raids, consisting of racist, homophobic, antisemitic, and other language and images intended to harass and threaten the attendees.

4.  ALHASHEMI and others, acting in concert, utilized a telecommunications device to attend Zoom meetings in the United States, without disclosing their true identity, for the purpose of harassing the meeting attendants and avoiding detection by law enforcement. Instead, they used a multitude of monikers and screen names and other devices to obscure their true identities.

5.  ALHASHEMI and others, acting in concert, often repeatedly initiated communication with a telecommunications device to join Zoom meetings in the United States during which conversation and communication often ensued and occasionally did not ensue, for the sole purpose of harassing the meeting attendants.

6.  ALHASHEMI and others, acting in concert, disrupted Zoom meetings held in the United States by participating in inappropriate behavior, including making racist, homophobic, antisemitic, and other language and images intended to harass and threaten the attendees.

### IV.  OVERT ACTS

7.  In furtherance of the conspiracy and to effect the objects of the conspiracy, ALHASHEMI committed and caused to be committed the overt acts listed in subparagraphs a through d and f through h, among others, within the County of Fresno, State and Eastern District of California, and elsewhere.

a.  On or about June 9, 2020, ALHASHEMI, using the alias Jacob Rothschild, utilized a telecommunications device to access a Fresno City Council hearing on the budget open to the public on the Zoom platform, without disclosing his true identity and with intent to harass

attendees of Fresno City Council meetings.

  b. On or about June 11, 2020, ALHASHEMI, using the alias Bryan Patterson and representing that he was "a local resident" of Fresno, made verbal statements during a Fresno City Council meeting and presentation by the California State University Fresno chapter of the National Association for the Advancement of Colored People (NAAC) on the topic, "Building Community Trust and Accountability While Protecting Social Justice," open to the public on the Zoom platform, that included the following threat: "we should defund the police, and I'll tell you why . . . the main reason is because, uh, there are still niggers in this city, we should kill all niggers, I'm telling you right now, kill all the niggers or . . . ."

  c. On or about June 15, 2020, ALHASHEMI, using the aliases Johnathan O'Bryan and Johnathan Mcallster and representing that he was a "local resident" who lives in Fresno, made verbal statements during a Fresno City Council meeting on the budget for the Fresno-Yosemite International Airport, open to the public on the Zoom platform, that included the following threat: "the airports are getting filled with niggers, so many fucking niggers, please kill them all," "no more niggers in airports," and "we should defund the police and kill all niggers and faggots."

  d. On or about June 15, 2020, ALHASHEMI, using the aliases Brian McAllster, Felix Kjellberg, Mike Patterson, and Michael Patterson, utilized a telecommunications device to access a Fresno City Council meeting on the budget for the Fresno-Yosemite International Airport, open to the public on the Zoom platform, without disclosing his true identity and with intent to harass attendees of Fresno City Council meetings.

  e. On or about June 20, 2020, ALHASHEMI, using the alias Johnathan B., accessed via the Zoom platform a Jewish virtual worship service in Albuquerque, New Mexico, during which his associates stated: "Holocaust never happened, Bitch," "You stupid nasty Jews. Kill all of you," "Shut up big-nosed Jews," "Jews don't matter," "Heil Hitler," "Gas the Jews. Gas the Jews. Gas the Jews," and "Kill all of you," and displayed images of swastikas.

  f. On or about June 22, 2020, ALHASHEMI, using the aliases Lynn Portmen, Michael Portmen, Ryan Patterson, and Inseeno O'Mally, utilized a telecommunications device to

INDICTMENT  4

access a Fresno City council meeting on the City of Fresno's budget, open to the public on the Zoom platform, without disclosing his true identity and with intent to harass attendees of Fresno City Council meetings.

      g.    On or about June 25, 2020, ALHASHEMI, using the aliases Michael Patterson and Chris K-Andesron, made verbal statements during a Fresno City Council meeting open to the public on the Zoom platform that included the following threat: "kill all niggers" and "kill all niggers and faggots."

      h.    On or about June 25, 2020, ALHASHEMI, using the aliases, Megan Charolett, Megan P., and Michael Washburn, utilized a telecommunications device to access a Fresno City Council meeting on the City of Fresno's budget, open to the public on the Zoom platform, without disclosing his true identity and with intent to harass attendees of the Fresno City Council meeting.

All in violation of Title 18, United States Code, Section 371.

## SPECIAL FINDING

The Grand Jury further alleges that the defendant MOHAMMAD AMR ALHASHEMI intentionally selected his victims as the object of the conspiracy because of the actual and perceived race, color, religion, gender identity, and sexual orientation of the victims, all in violation of Title 18, United States Code, Section 371, and U.S.S.G. Section 3A1.1.

COUNT TWO: [47 U.S.C. § 223(a)(1)(E) – Engaging in Repeated Harassing Communication]

    The Grand Jury further charges:

                  MOHAMMAD AMR ALHASHEMI,
                      aka Inseeno,
                      aka Jacob Rothschild,
                      aka Bryan Patterson,
                      aka Johnathan O'Bryan,
                      aka Brian Mcallster,
                      aka Jonathan Mcallster,
                      aka Felix Kjellberg,
                      aka Mike Patterson,
                      aka Michael Patterson,
                      aka Lynn Portmen,
                      aka Michael Portmen,
                      aka Ryan Patterson,

             aka Inseeno O'Mally,
             aka Megan Charolett,
             aka Michael Washburn,
             aka Chris K-Andesron,

defendant herein, between on or about June 9, 2020, and continuing through on or about June 25, 2020, in the County of Fresno, State and Eastern District of California, and elsewhere, did, in interstate and foreign communications, repeatedly initiate communication with a telecommunications device during which conversation and communication ensued, solely to harass a specific person, *i.e.*, attendees of Zoom meetings of the Fresno City Council, in violation of Title 47, United States Code, Section 223(a)(1)(E).

## SPECIAL FINDING

The Grand Jury further alleges that the defendant MOHAMMAD AMR ALHASHEMI intentionally selected his victims as the object of his repeated harassing communications because of the actual and perceived race, color, religion, gender identity and sexual orientation of the victims, all in violation of Title 18, United States Code, Section 223(a)(1)(E).

COUNT THREE: [47 U.S.C. § 223(a)(1)(C) – Engaging in Anonymous Telecommunications Harassment]

The Grand Jury further charges:

          MOHAMMAD AMR ALHASHEMI,
             aka Jacob Rothschild,
             aka Matte Flores,
             aka Brian Mcallster,
             aka Felix Kjellberg,
             aka Mike Patterson,
             aka Michael Patterson,
             aka Lynn Portmen,
             aka Michael Portmen,
             aka Ryan Patterson,
             aka Inseeno O'Mally,
             aka Megan Charolett,
             aka Megan P.,
             aka Michael Washburn,

defendant herein, between on or about June 9, 2020, and on or about June 25, 2020, in the County of Fresno, State and Eastern District of California, and elsewhere, did, in interstate and foreign

INDICTMENT              6

communications, utilize a telecommunications device, regardless of whether conversation and communication ensued, without disclosing his true identity and with intent to annoy and harass a specific person, *i.e.*, attendees of Zoom meetings of the Fresno City Council, in violation of Title 47, United States Code, Section 223(a)(1)(C).

### SPECIAL FINDING

The Grand Jury further alleges that the defendant MOHAMMAD AMR ALHASHEMI intentionally selected his victims as the object of his anonymous telecommunications harassment because of the actual and perceived race, color, gender, identity, and sexual orientation of the victims, all in violation of Title 18, United States Code, Section 223(a)(1)(C), and U.S.S.G. Section 3A1.1.

COUNT FOUR:     [18 U.S.C. § 875(c) – Transmitting Threatening Communications]

The Grand Jury further charges:

MOHAMMAD AMR ALHASHEMI,
aka Bryan Patterson,

defendant herein, on or about June 11, 2020, in the County of Fresno, State and Eastern District of California, and elsewhere, did knowingly and willfully transmit in interstate and foreign commerce from Albania to the State of California a communication, and the communication contained a threat to injure another, specifically, ALHASHEMI, using the alias Bryan Patterson and representing that he was "a local resident" in Fresno, made verbal statements during a Fresno City Council meeting and presentation by the California State University Fresno chapter of the National Association for the Advancement of Colored People (NAACP) on the topic "Building Community Trust and Accountability While Protecting Social Justice" that included the following threat: "we should defund the police, and I'll tell you why . . . the main reason is because, uh, there are still niggers in this city, we should kill all niggers, I'm telling you right now, kill all the niggers," all in violation of Title 18, United States Code, Section 875(c).

### SPECIAL FINDING

The Grand Jury further alleges that the defendant MOHAMMAD AMR ALHASHEMI intentionally selected his victims as the object of his threat because of the actual and perceived race and color of participants of the Fresno City Council meeting alleged herein, all in violation of Title 18,

United States Code, Section 875(c), and U.S.S.G. Section 3A1.1.

COUNT FIVE: [18 U.S.C. § 875(c) – Transmitting Threatening Communications]

The Grand Jury further charges:

MOHAMMAD AMR ALHASHEMI,
aka Johnathan O'Bryan,
aka Johnathan Mcallster,

defendant herein, on or about June 15, 2020, in the County of Fresno, State and Eastern District of California, and elsewhere, did knowingly and willfully transmit in interstate and foreign commerce from Albania to the State of California a communication, and the communication contained a threat to injure another, specifically, ALHASHEMI, using the aliases Johnathan O'Bryan and Johnathan Mcallster and representing that he is a "local resident" who lives in Fresno, made verbal statements during a Fresno City Council meeting on the budget for the Fresno-Yosemite International Airport, open to the public on the Zoom platform, that included the following threat: "the airports are getting filled with niggers, so many fucking niggers, please kill them all," "no more niggers in airports," and "we should defund the police and kill all niggers and faggots," all in violation of Title 18, United States Code, Section 875(c).

### SPECIAL FINDING

The Grand Jury further alleges that the defendant MOHAMMAD AMR ALHASHEMI intentionally selected his victims as the object of his threat because of the actual and perceived race, color, gender identity, and sexual orientation of participants of the Fresno City Council meeting alleged herein, all in violation of Title 18, United States Code, Section 875(c), and U.S.S.G. Section 3A1.1.

COUNT SIX: [18 U.S.C. § 875(c) – Transmitting Threatening Communications]

The Grand Jury further charges:

MOHAMMAD AMR ALHASHEMI,
aka Michael Patterson,
aka Chris K-Andesron,

defendant herein, on or about June 25, 2020, in the County of Fresno, State and Eastern District of California, and elsewhere, did knowingly and willfully transmit in interstate and foreign commerce from Albania to the States of California a communication, and the communication contained a threat to injure another, specifically, ALHASHEMI, using the aliases Michael Patterson and Chris K-Andesron, made

INDICTMENT  8

verbal statements during a Fresno City Council meeting on the City of Fresno's budget open to the public on the Zoom platform that included the following threat: "kill all niggers" and "kill all niggers and faggots," all in violation of Title 18, United States Code, Section 875(c).

## SPECIAL FINDING

The Grand Jury further alleges that the defendant MOHAMMAD AMR ALHASHEMI intentionally selected his victims as the object of his threat because of the actual and perceived race, color, gender identity, and sexual orientation of participants of the Fresno City Council meeting alleged herein, all in violation of Title 18, United States Code, Section 875(c), and U.S.S.G. Section 3A1.1.

FORFEITURE ALLEGATION: [18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c) - Criminal Forfeiture]

1. Upon conviction of the offenses alleged in Counts One, Eight, Nine, and Ten of this Indictment, defendant MOHAMMAD AMR ALHASHEMI shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), all property, real and personal, which constitutes or is derived from proceeds traceable to such violations, including, but not limited to:

   b. A sum of money equal to the amount of proceeds traceable to such offenses, for which defendant is convicted.

2. If any property subject to forfeiture as a result of the offense alleged in Count One of this Indictment, for which defendant is convicted:

   a. cannot be located upon the exercise of due diligence;
   b. has been transferred or sold to, or deposited with, a third party;
   c. has been placed beyond the jurisdiction of the court;
   d. has been substantially diminished in value; or
   e. has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to 28 U.S.C. § 2461(c), incorporating 21 U.S.C. § 853(p), to

///
///
///
///

INDICTMENT                                             9

1 | seek forfeiture of any other property of said defendant, up to the value of the property subject to
2 | forfeiture.

A TRUE BILL.

/s/ Signature on file w/AUSA

_____
FOREPERSON

PHILLIP A. TALBERT
United States Attorney

**KIMBERLY A. SANCHEZ**
_____
By: KIMBERLY A. SANCHEZ
Assistant United States Attorney
Chief, Fresno Office

INDICTMENT

10