# UNITED STATES DISTRICT COURT
for the
Eastern District of California

| United States of America | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:24-CR-00154-NODJ-BAM |
| Mohammad Alhashemi | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Mohammad Alhashemi                                                                                                             .

Date:   07/17/2024

/s/ Kevin Rooney
*Attorney's signature*

Kevin P. Rooney  107554
*Printed name and bar number*

2445 Capitol Street #215
Fresno, CA 93721
*Address*

kevin@hammerlawcorp.com
*E-mail address*

(559) 233-5333
*Telephone number*

(559) 233-4333
*FAX number*